1 | KELLEY DRYE & WARREN LLP
  | Lee S. Brenner (State Bar No. 180235)
2 | Catherine D. Lee (State Bar No. 258550)
  | 10100 Santa Monica Boulevard, 23rd Floor
3 | Los Angeles, CA 90067-4008
  | Telephone: (310) 712-6100
4 | Facsimile: (310) 712-6199
  | lbrenner@kelleydrye.com
5 | clee@kelleydrye.com

6 | Attorneys for Defendant SENSAY, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| ANTRA JAHOVICA, on behalf of herself and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SENSAY, INC., and DOES 1 through 20, inclusive, and each of them<br><br>Defendant. | Case No. 2:15-cv-08676-SJO-FFM<br><br>(Assigned to Hon. S. James Otero)<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3) & EXTEND L.R. 23-3 DEADLINE**<br><br>Action Filed: Nov. 5, 2015<br>Current Response Date: Dec. 10, 2015<br>New Response Date: Jan. 8, 2016 |

LA01\LEECA\704337.2

STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT
& EXTEND L.R. 23-3 DEADLINE

## RECITALS

1. WHEREAS, on November 5, 2015, Plaintiff Antra Jahovica ("Plaintiff") filed its initial Complaint;

2. WHEREAS, the deadline for Defendant Sensay, Inc. ("Sensay") to respond to Plaintiff's Complaint is currently December 10, 2015;

3. WHEREAS, the parties' counsel have met and conferred and agree to extend Defendant's time to respond to the initial complaint by not more than thirty (30) days to January 8, 2016, pursuant to L.R. 8-3;

4. WHEREAS, pursuant to Local Rule 23-3, Plaintiff's deadline to file a Motion for Class Certification under Federal Rule of Civil Procedure 23 is February 3, 2016;

5. WHEREAS, the parties agree to extend the date by which Plaintiff must file a Motion for Class Certification to 123 days from February 3, 2016 until June 5, 2016.

## STIPULATION

In light of the foregoing recitals, Plaintiff and Defendant, by and through their respective counsel, hereby stipulate and agree as follows:

1. Defendant shall file its response to Plaintiff's Complaint by January 8, 2016.

2. Plaintiff shall file a Motion for Class Certification by June 5, 2016.

DATED: December 4, 2015

KELLEY DRYE & WARREN LLP
Lee S. Brenner
Catherine D. Lee

By: /s/ Catherine D. Lee
    Catherine D. Lee
Attorneys for Defendant Sensay, Inc.

| | | |
|---|---|---|
| 1 | DATED:  December 4, 2015 | KRISTENSEN WEISBERG, LLP<br>John P. Kristensen<br>David L. Weisberg |
| 2 | | |
| 3 | | By:  /s/ John P. Kristensen |
| 4 | | John P. Kristensen<br>Attorneys for Plaintiff Antra Jahovica |

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing of this stipulation and have authorized the filing of this stipulation.

DATED:  December 4, 2015          KELLEY DRYE & WARREN LLP
                                  Lee S. Brenner
                                  Catherine D. Lee

                                  By:  /s/ Catherine D. Lee
                                       Catherine D. Lee
                                  Attorneys for Defendant Sensay, Inc.