1  KELLEY DRYE & WARREN LLP
   Lee S. Brenner (State Bar No. 180235)
2  Catherine D. Lee (State Bar No. 258550)
   10100 Santa Monica Boulevard, 23rd Floor
3  Los Angeles, CA 90067-4008
   Telephone:  (310) 712-6100
4  Facsimile:   (310) 712-6199
   lbrenner@kelleydrye.com
5  clee@kelleydrye.com

6  Attorneys for Defendant SENSAY, INC.

7

8  **UNITED STATES DISTRICT COURT**

9  **CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

10

| | |
|---|---|
| 11  ANTRA JAHOVICA, on behalf of herself and on behalf of all others similarly situated, | Case No. 2:15-cv-08676-SJO-FFM |
| 12 | (Assigned to Hon. S. James Otero) |
| 13 | **[PROPOSED] ORDER REGARDING STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3) & EXTEND L.R. 23-3 DEADLINE** |
| 14  Plaintiff, | |
| 15  v. | |
| 16  SENSAY, INC., and DOES 1 through 20, inclusive, and each of them | |
| 17 | Action Filed:           Nov. 5, 2015 |
| 18  Defendant. | Current Response Date: Dec. 10, 2015 |
|   | New Response Date:    Jan. 8, 2016 |

19

20

21

22

23

24

25

26

27

28

LA01\LEECA\704607.1

[PROPOSED] ORDER RE STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL
COMPLAINT & EXTEND L.R. 23-3 DEADLINE

1 **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

2     The Court, upon consideration of the parties' Joint Stipulation To Extend
3 Time to Respond to Initial Complaint By Not More Than 30 Days (L.R. 8-3) &
4 Extend L.R. 23-3 Deadline, hereby finds good cause to ORDER the following:

5     1.    Pursuant to L.R. 8-3, which does not require a court order for an
6 extension of not more than 30 days to respond to the initial complaint, Defendant
7 shall file its response to Plaintiff's Complaint by January 8, 2016; and

8     2.    Plaintiff shall file a Motion for Class Certification by June 5, 2016.

12 IT IS SO ORDERED.

13 DATED: December   , 2015

                                         The Honorable S. James Otero