KELLEY DRYE & WARREN LLP
Lee S. Brenner (State Bar No. 180235)
Catherine D. Lee (State Bar No. 258550)
10100 Santa Monica Boulevard, 23rd Floor
Los Angeles, CA 90067-4008
Telephone:  (310) 712-6100
Facsimile:   (310) 712-6199
lbrenner@kelleydrye.com
clee@kelleydrye.com

Attorneys for Defendant SENSAY, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| ANTRA JAHOVICA, on behalf of herself and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SENSAY, INC., and DOES 1 through 20, inclusive, and each of them,<br><br>Defendant. | Case No. 2:15-CV-08676-SJO-FFM<br><br>(Assigned to S. James Otero)<br><br>**DEFENDANT SENSAY, INC.'S RULE 7.1 DISCLOSURE STATEMENT AND NOTICE OF INTERESTED PARTIES**<br><br>Action Filed:   Nov. 5, 2015<br>Trial Date:      None set |

LA01\LEECA\704320.2

DEFENDANT'S 7.1 DISCLOSURE STATEMENT AND NOTICE OF INTERESTED PARTIES

1     Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Sensay, Inc.
2 ("Sensay") has no parent corporation, and no publicly held corporation owns 10% or
3 more of its stock.
4     Pursuant to L.R. 7.1-1, the undersigned, counsel of record for Defendant
5 Sensay, Inc., certifies that the following listed parties may have a pecuniary interest
6 in the outcome of this case.  These representations are made to enable the Court to
7 evaluate possible disqualification or recusal.
8     Plaintiff Antra Jahovica
9     Defendant Sensay, Inc.

DATED:   December 4. 2015

KELLEY DRYE & WARREN LLP
Lee S. Brenner
Catherine D. Lee

By:   /s/ Catherine D. Lee
      Catherine D. Lee
Attorneys for Defendant Sensay, Inc.