KELLEY DRYE & WARREN LLP
 Lauri A. Mazzuchetti
One Jefferson Road, 2nd Floor
Parsippany, NJ  07054
Telephone:	(973) 503-5900
Facsimile:	(973) 503-5950
lmazzuchetti@kelleydrye.com
Attorneys for Defendant SENSAY, INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTRA JAHOVICA, on behalf of herself and on behalf of all others similarly situated,<br><br>Plaintiff(s)<br><br>v.<br><br>SENSAY, INC., and DOES 1 through 20, inclusive, and each of them,<br><br>Defendant(s). | CASE NUMBER  2:15-CV-08676-SJO-FFM<br><br>**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HACE VICE*** |

The Court, having reviewed proof of payment of the applicable fee and accompanying Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

__Mazzuchetti, Lauri A._____ of      Kelley Drye & Warren LLP
*Applicant=s Name (Last Name, First Name & Middle Initial)*         One Jefferson Road, 2nd Floor
                                                                     Parsippany, NJ 07054
__973-503-5900__        __973-503-5950__
*Telephone Number*      *Fax Number*

__lmazzuchetti@kelleydrye.com__
*E-Mail Address*                                                     *Firm Name & Address*

**for permission to appear and participate in this case on behalf of**

_____Sensay, Inc._____

*Name(s) of Party(ies) Represented*   ☐ *Plaintiff*   ☐ ***Defendant***   ☐ *Other:_____*

**and designating as Local Counsel**

__Brenner, Lee S._____ of    Kelley Drye & Warren LLP
*Designee's Name (Last Name, First Name & Middle Initial)*    10100 Santa Monica Boulevard, 23rd Floor
                                                              Los Angeles, CA 90067-4008
__180235__              __310-712-6100__
*Designee's Cal. Bar Number*   *Telephone Number*

                        __310-712-6199__
                        *Fax Number*                          *Firm Name & Address*

                                                              __lbrenner@kelleydrye.com__
                                                              *E-Mail Address*

**hereby ORDERS the Application be:**

☐ **GRANTED**.
☐ **DENIED.  Fee shall be returned by the Clerk.**
☐ **DENIED.  For failure to pay the required fee.**
**Dated** ____12/7/15_____

                                                              **U.S. District Judge/U.S. Magistrate Judge**