KELLEY DRYE & WARREN LLP
 Lauri A. Mazzuchetti
One Jefferson Road, 2nd Floor
Parsippany, NJ  07054
Telephone:      (973) 503-5900
Facsimile:      (973) 503-5950
lmazzuchetti@kelleydrye.com
Attorneys for Defendant SENSAY, INC.

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTRA JAHOVICA, on behalf of herself and on behalf of all others similarly situated, <br><br> Plaintiff(s) <br><br> v. <br><br> SENSAY, INC., and DOES 1 through 20, inclusive, and each of them, <br><br> Defendant(s). | CASE NUMBER  2:15-CV-08676-SJO-FFM <br><br> **ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HACE VICE*** |

**The Court, having reviewed proof of payment of the applicable fee and accompanying Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Mazzuchetti, Lauri A.                                    of
*Applicant's Name (Last Name, First Name & Middle Initial)*

| | |
|---|---|
| *973-503-5900*          *973-503-5950* <br> Telephone Number       Fax Number <br> *lmazzuchetti@kelleydrye.com* <br> *E-Mail Address* | Kelley Drye & Warren LLP <br> One Jefferson Road, 2nd Floor <br> Parsippany, NJ 07054 <br><br> *Firm Name & Address* |

**for permission to appear and participate in this case on behalf of**

Sensay, Inc.

*Name(s) of Party(ies) Represented*       ☐ *Plaintiff*    ☐ ***Defendant***    ☐ *Other:*_____

**and designating as Local Counsel**

Brenner, Lee S.                                    of       Kelley Drye & Warren LLP
*Designee's Name (Last Name, First Name & Middle Initial)*       10100 Santa Monica Boulevard, 23rd Floor
                                                                Los Angeles, CA 90067-4008
180235          310-712-6100
*Designee's Cal. Bar Number*    *Telephone Number*

310-712-6199                                    *Firm Name & Address*
*Fax Number*

                                    lbrenner@kelleydrye.com
                                    *E-Mail Address*

**hereby ORDERS the Application be:**

**X GRANTED CONDITIONED ALL DATES SET REMAIN.**.

**Dated      12/7/15**

**U.S. District Judge/U.S. Magistrate Judge**