NOTE CHANGES MADE

KELLEY DRYE & WARREN LLP
Lee S. Brenner (State Bar No. 180235)
Catherine D. Lee (State Bar No. 258550)
10100 Santa Monica Boulevard, 23rd Floor
Los Angeles, CA 90067-4008
Telephone:  (310) 712-6100
Facsimile:   (310) 712-6199
lbrenner@kelleydrye.com
clee@kelleydrye.com

Attorneys for Defendant SENSAY, INC.

```
FILED
CLERK, U.S. DISTRICT COURT

December 10, 2015.

CENTRAL DISTRICT OF CALIFORNIA
BY:    VPC     DEPUTY
```

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| ANTRA JAHOVICA, on behalf of herself and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SENSAY, INC., and DOES 1 through 20, inclusive, and each of them<br><br>Defendant. | Case No. 2:15-cv-08676-SJO-FFM<br><br>(Assigned to Hon. S. James Otero)<br><br>**ORDER REGARDING STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3) & EXTEND L.R. 23-3 DEADLINE**<br><br>Action Filed:              Nov. 5, 2015<br>Current Response Date: Dec. 10, 2015<br>New Response Date:    Jan. 8, 2016 |

LA01\LEECA\704607.1

[PROPOSED] ORDER RE STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT & EXTEND L.R. 23-3 DEADLINE

1  **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

2      The Court, upon consideration of the parties' Joint Stipulation To Extend

3  Time to Respond to Initial Complaint By Not More Than 30 Days (L.R. 8-3) &

4  Extend L.R. 23-3 Deadline, hereby finds good cause to ORDER the following:

5      1.    Pursuant to L.R. 8-3, which does not require a court order for an

6  extension of not more than 30 days to respond to the initial complaint, Defendant

7  shall file its response to Plaintiff's Complaint by January 8, 2016; and

8      2.    ~~Plaintiff shall file a Motion for Class Certification by June 5, 2016.~~

9      The date for Plaintiff to file a motion for class certification shall be set at the Scheduling Conference.

12  IT IS SO ORDERED.

13  DATED: December 10, 2015

    *S. James Otero*
    _____
    The Honorable S. James Otero