JOHN P. KRISTENSEN (SBN 224132)
DAVID L. WEISBERG (SBN 211675)
**KRISTENSEN WEISBERG, LLP**
12304 Santa Monica Blvd., Suite 100
Los Angeles, California 90025
Telephone: 310-507-7924
Fax: 310-507-7906
*john@kristensenlaw.com*
*david@kristensenlaw.com*

*Attorneys for Plaintiff and all others similarly situated*

# THE UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| ANTRA JAHOVICA, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>SENSAY, INC., and DOES 1 through 20, inclusive, and each of them,<br><br>Defendants. | Case No. 2:15-cv-08676-SJO-FFM<br><br>**CLASS ACTION**<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**<br><br>**[Fed. R. Civ. Pro., Rule 41(a)(1)(A)(i)]**<br><br>Assigned to the Hon. S. James Otero<br><br>Complaint Filed on November 5, 2015 |

///
///
///
///
///

**TO THIS HONORABLE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(i), plaintiff Antra Jahovica dismisses her individual claims in this action **with prejudice**, and the putative class claims are dismissed without prejudice. This notice is being filed and served prior to defendant Sensay, Inc. ("Defendant" or "Sensay") filing an answer, motion for summary judgment or motion to dismiss. Although this case was filed as a class action, no class has been certified, and court approval of this voluntary dismissal is therefore not required under Rule 23(a) of the Federal Rules of Civil Procedure.

Dated: January 5, 2016                    Respectfully submitted,

                                          By: */s/ John P. Kristensen*

                                          John P. Kristensen (SBN 224132)
                                          *john@kristensenlaw.com*
                                          David L. Weisberg (SBN 211675)
                                          *david@kristensenlaw.com*
                                          **KRISTENSEN WEISBERG, LLP**
                                          12304 Santa Monica Blvd., Suite 100
                                          Los Angeles, California 90025
                                          Telephone: (310) 507-7924
                                          Fax: (310) 507-7906

                                          Attorneys for Plaintiffs