JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

Priority ____
Send ____
Enter ____
Closed ____
JS-5/JS-6 ____
Scan Only ____

**CASE NO.:** CV 15-08676 SJO (FFMx)     **DATE:** January 12, 2016

**TITLE:** Antra Jahovica v. Sensay, Inc. et al

================================================================

**PRESENT:** THE HONORABLE S. JAMES OTERO, UNITED STATES DISTRICT JUDGE

Victor Cruz                      Not Present
Courtroom Clerk            Court Reporter

**COUNSEL PRESENT FOR PLAINTIFF(S):**     **COUNSEL PRESENT FOR DEFENDANT(S):**

Not Present                                Not Present

================================================================

**PROCEEDINGS:** IN CHAMBERS

The Court is in receipt of the NOTICE of Voluntary Dismissal filed by plaintiff Antra Jahovica, filed on 01/05/2016. Dismissal is with prejudice as to the individual claims and without prejudice as to the putative class claims. Accordingly, the Court Orders this matter dismissed pursuant to NOTICE of Voluntary Dismissal .